UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____CALIFORNIA_____

| | |
|---|---|
| LAI SAETEURN,<br>   Plaintiff<br><br>   V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>   Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE  1:11-AT-00817 |

 Having considered the application to proceed without prepayment of fees under 28 USC §1915;

 IT IS ORDERED that the application is:

X GRANTED.

  X The clerk is directed to file the complaint.

  X IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____


ENTER this  23rd  day of  December , 2011 .


              /s/ Barbara A. McAuliffe
              Signature of Judicial Officer

           BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
             Name and Title of Judicial Officer